UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Telephonic Pretrial Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

April 27, 2004

1:30 p.m.

*Held
30 mins*

CASE NO. **3:01cv92 (GLG)**    **Rodriguez vs. Enviro Express**

Timothy F. Butler
43 Corbin Dr.
Darien, CT 06820


Fern H. Paes
Paes & Paes
4 Washington Ave.
Sandy Hook, CT 06482


Michael T. Paes
Paes & Paes
4 Washington Ave.
Sandy Hook, CT 06482


Joseph Betts Williams
Tibbetts Keating & Butler
43 Corbin Drive
P.O. Box 5
Darien, CT 06820-0505

\* PLAINTIFF COUNSEL WILL INITIATE THE CONFERENCE CALL TO JUDGE
GARFINKEL @ 203-579-5593.
THANKS.


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK