UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL RODRIGUEZ,

        Plaintiff,

v.

ENVIRO EXPRESS, INC. and
ENVIRONMENTAL WORKERS ASSOCIATION,

        Defendant.

NO.   3:01CV92 (GLG)

May 5, 2004

**PLAINTIFF'S OBJECTION TO DEFENDANT ENVIRO EXPRESS INC.'S TRIAL MEMORANDUM**

Plaintiff hereby objects to Defendant Enviro Express, Inc.'s ("EEI") Trial Memorandum filed with this Court.

**STIPULATIONS OF FACT AND LAW**

Defendant has submitted "Stipulations of Fact and Law" as part of its trial memorandum. It has never met with me, or any attorney for the Plaintiff, at any time, to discuss the trial memorandum of law, despite me requesting so for four months. On 4/30/04, contrary to its statement at the pre-trial conference, it faxed to our office a document it termed a "joint" memorandum, containing similar proposed stipulations to which I objected to via phone, letter, and fax that day (Exhibit A). As per this letter, Defendant is well aware that these are contested issues between the parties. Plaintiff has previously filed its trial memorandum of law with this court, without said stipulations.

**DEFENDANT'S EXHIBITS**

The United States District Court, District of Connecticut, Standing Order Regarding Trial Memorandum in Civil Cases, states that the list of proposed exhibits must contain "a brief description of each". Defendant lists"(A)ny other relevant portion of the personnel file of the

defendant" (11.A.vi.) and "(R)elevant policies and procedures of the defendant" (11.A.vii). As Defendant does not define what documents it intends by these summaries, Plaintiff objects to their introduction as exhibits, as it cannot determine whether they are proper without a more precise description.

## PROPOSED REQUESTS FOR JURY INSTRUCTIONS

The United States District Court, District of Connecticut, Standing Order Regarding Trial Memorandum in Civil Cases, states that requests for jury instructions must be attached to the Pre-trial Memorandum. Defendant's memorandum does not contain any proposals for jury instructions. As such, the memorandum is incomplete, and should be disregarded.

Respectfully submitted,

PLAINTIFF MICHAEL RODRIGUEZ

BY: _____
MICHAEL T. PAES, ESQ. - Fed. Bar No. CT 19303
Paes & Paes, LLC
4 Washington Avenue
Sandy Hook, CT 06482
203-270-6441

CERTIFICATION - This is to certify that a copy of this Objection to Pre-Trial Memorandum was sent, via first class mail, postage prepaid, on this date to:

Attorney Timothy Butler, Attorney Joseph Williams
Tibbetts, Keating & Butler, LLC
43 Corbin Drive, PO Box 5
Darien, CT 06820-0505

_____
MICHAEL PAES

2

# EXHIBIT A

## PAES & PAES, LLC

Michael T. Paes — admitted to practice in Connecticut & New York
Fern H. Paes — admitted to practice in Connecticut

4 Washington Avenue
Sandy Hook, CT 06482
(203) 270-6441
(203) 270-0212 - fax

Service by Facsimile not Accepted

April 30, 2004

Joseph Williams
Tibbetts, Keating & Butler, LLC
43 Corbin Drive
Darien, CT 06820-0505

Re: Rodriguez v. Enviro Express, Inc.

Dear Attorney Williams:

I have just received your proposed trial memorandum in the above matter. There are numerous issues with which I do not agree, including (but not necessarily limited to):

1. I do not consent with the language in paragraph 2;
2. I do not consent to the language in paragraph 4;
3. With regard to paragraph 5, you neglected several proposals I made in my draft. In addition, we specifically do not consent to the language in 5C and D;
4. We do not consent with the proposed legal issues in paragraph 8; and
5. Paragraph 13 - We specifically asked for your proposed jury instructions, which were not provided, although they are due with the trial memorandum.

Your proposal contains numerous self-serving statements which are not appropriate for a joint memorandum of law, especially when you are aware that you know that several of your proposed "stipulations" have been opposed by testimony of witnesses.

Your office has ignored my numerous requests to meet for four months to prepare this document. Further, at the pre-trial conference, Attorney Butler specifically stated that he would respond to our proposed memorandum by Thursday. As this document is due on May 3, 2004, we filed our memorandum with the courts earlier this afternoon. We do not consent to your proposed memorandum being filed as a joint memorandum.

Thank you.

Very truly yours,

MICHAEL PAES

MP/ks
VIA FAX AND MAIL