UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
------------------------------------X
MICHAEL RODRIGUEZ,                  :
                                    :
              Plaintiff,            :
                                    :     No. 3: 01 CV 0092 (GLG)
       -against-                    :
                                    :
ENVIRO EXPRESS INC.,                :
                                    :
              Defendant.            :
------------------------------------X
```

**NOTICE TO COUNSEL**

The above-entitled case was reported to the Court to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, a judgment will be entered on **June 12, 2004** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Waterbury, Connecticut, **May 13, 2004.**

                                    /s/
                          **GERARD L. GOETTEL**
                          **SENIOR UNITED STATES DISTRICT JUDGE**