|  |  |
|---|---|
| TOTAL TIME: ___ hours _5_ minutes | HONORABLE _Gerard ( Goettel_ DEPUTY CLERK _Pelliss_  REPORTER/TAPE _Baldwin_ (yly8-(1/24/98) |

DATE _5/10/04_    START TIME _10:00 Am_   END TIME _10:05 Am_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. _3:01cv92_

_Rodriguez_
vs.
_Enviro Express_

§
§
§
§
§

_Michael Rees_
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL
_Timothy Bully_
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ........ ☐ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____
☐ ........ ☐ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____
☐ ..#.. Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..#.. Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..#.. Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..#.. Motion _____   ☐ granted ☐ denied ☐ advisement
                                              ☐ filed ☐ docketed
                                              ☐ filed ☐ docketed
✓ ........ _Case reported settled_          ☐ filed ☐ docketed
                                              ☐ filed ☐ docketed

☐ ........ _____ jurors present to roll call (See attached)
☐ ........ _____ jurors absent
☐ ........ Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☐ ........ Voir Dire by Court
☐ ........ _____ jurors excused (See attached)
☐ ........ Panel of _____ drawn (See attached)
☐ ........ Peremptory challenges exercised (See attached)
☐ ........ Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences
☐ ........ Remaining jurors excused
☐ ........ Discovery deadline set for _____
☐ ........ Disposition Motions due _____
☐ ........ Joint trial memorandum due _____
☐ ........ Trial continued until _____ at _____

☐ COPY TO: JURY CLERK