```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| MICHAEL RODRIGUEZ, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:01CV92(RNC) |
| ENVIRO EXPRESS, INC., | : |
| Defendants. | : |

### J U D G M E N T

On May 10, 2004, counsel reported that this case had been settled.  The parties were ordered to submit closing papers on or before June 12, 2004, and were informed that the action would be dismissed if closing papers were not filed on or before that date.  As of today, no closing papers have been filed.  Accordingly, this action is hereby dismissed with prejudice but without costs.

So ordered.

Dated at Hartford, Connecticut this      day of June 2004.

/s/RNC
Robert N. Chatigny
United States District Judge